UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LEILA BOTAKHANOVA, YULIA GRADOBOEVA,
INGA DOLGOVA, individually and on behalf of all others
similarly situated,                                        Civil Action No.:  17-cv-4296

                      Plaintiffs,

     v.

APPLE COMMUTER, INC., BIREN J. SHAH,
EDISON MANAGEMENT CO. LLC, 237 WEST
54 OWNER LLC, HHLP DUO THREE LESSEE, LLC,
PATEL KHANBUDHAI, NEW GENERATION
MANAGEMENT CORP., WOLCOTT
HOTEL CO., S&G HOTEL CORP., EROS
MANAGEMENT & REALTY LLC, THE SHOREHAM
 LLC, ALPHONSE HOTEL CORP., RPH HOTELS 51
STREET OWNER LLC, HHLP 52 LESSEE LLC,
EXECUTIVE LE SOLEIL NEW YORK LLC,
BRISAM MANAGEMENT DE LLC, 228 WEST 47
STREET JOHN/JANE DOE, 228 WEST 47 STREET XYZ
CORP., 237 WEST 54 STREET JOHN/JANE DOE,
237 WEST 54 STREET XYZ CORP., 343 WEST 39
STREET JOHN/JANE DOE, 343 WEST 39 STREET XYZ
CORP., 18 WEST 25 STREET JOHN/JANE DOE, 18 WEST
25 STREET XYZ CORP., 17 WEST 32 STREET JOHN/JANE
DOE, 17 WEST 32 STREET XYZ CORP., 4 WEST 31 STREET
JOHN/JANE DOE, 4 WEST 31 STREET XYZ CORP.,
109 WEST 45 STREET JOHN/JANE DOE, 109 WEST
45 STREET XYZ CORP., 345 WEST 35 STREET
JOHN/JANE DOE, 345 WEST 35 STREET XYZ CORP.,
33 WEST 55 STREET JOHN/JANE DOE, 33 WEST 55
STREET XYZ CORP., 250 WEST 43 STREET JOHN/JANE
DOE, 250 WEST 43 STREET XYZ CORP., 851 EIGHTH
AVENUE JOHN/JANE DOE, 851 EIGHTH AVENUE
JOHN/JANE DOE, 851 EIGHTH AVENUE XYZ CORP.,
206 EAST 52 STREET JOHN/JANE DOE, 206 WEST
52 STREET XYZ CORP., 38 WEST 36 STREET
JOHN/JANE DOE, 38 WEST 36 STREET XYZ CORP.,
232 WEST 39 STREET JOHN/JANE DOE, 232 WEST
39 STREET XYZ CORP.,

                      Defendants.
_____

# STIPULATION AND ORDER OF DISMISSAL WITHOUT COST AND WITHOUT PREJUDICE

**WHEREAS,** on 07 June 2017, the Plaintiffs LEILA BOTAKHANOVA, YULIA GRADOBOEVA, INGA DOLGOVA and ELMIRA MUKHAMEDIANOVA in the above-captioned action filed a Complaint, which asserts claims for, inter alia, unpaid minimum and overtime wages, failure to pay spread-of-hours pay, breach of contract, unjust enrichment, and statutory damages under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") and/or the New York Labor Law;

**WHEREAS,** the Plaintiffs and Defendants settled Plaintiffs' claims and have entered into a Release and Settlement Agreement (the "Settlement Agreement") dismissing this action in its entirety and against all defendants;

**WHEREAS,** the Court has approved the Settlement Agreement and, pursuant to its terms, retained jurisdiction over the undersigned Parties to enforce the terms of the Settlement Agreement;

**WHEREAS,** as is set forth more fully in the Settlement Agreement (in its Exhibit B), a Stipulation and Order of Dismissal with Prejudice will be filed upon the payment in full of $110,000 by Defendants Apple Commuter, Inc. and Biren J. Shah; and

**WHEREAS,** the capitalized terms herein shall have the same meaning as is ascribed to them in the Settlement Agreement.

For good reason shown and upon the consent of all Parties hereto, it is hereby:

**ORDERED, ADJUDGED AND DECREED,** that this action be hereby dismissed without cost and without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**FOR THE PLAINTIFFS:**

BALLON STOLL BADER & NADLER, P.C.

By: _____
Vano I. Haroutunian
729 Seventh Avenue, 17th Floor
New York, New York 10019
(212) 575-7900
vharoutunian@ballonstoll.com

**FOR DEFENDANTS APPLE COMMUTER INC.
AND BIREN J. SHAH:**

CILENTI & COOPER, P.L.L.C.

By: _____
Peter Hans Cooper
708 Third Avenue
6th Flr
New York, NY 10017
(212) 209-3933
pcooper@jcpclaw.com

**FOR DEFENDANTS EDISON MANAGEMENT CO. LLC**
               **227 WEST 47 STREET JOHN/JANE DOE**
               **227 WEST 47 STEET XYZ CORP.**

Greenwald Doherty, LLP.

By: _____
Kevin Michael Doherty
Jessica Shpall Rosen
30 Ramland Road
Suite 201
Orangeburg, NY 10962
(845)589-9300
Fax: (845)638-2707
kd@greenwaldllp.com
jsr@greenwaldllp.com

**FOR DEFENDANTS 237 WEST 54 OWNER LLC,**
                **HHLP DUO THREE LES SEE LLC,**
                **HHLP 52 LES SEE LLC,**
                **BRISAM MANAGEMENT DE LLC**
Winget Spadafora & Schwartzberg, LLP

By: _____
Harris Bruce Katz
Gabrielle Alexa Venito
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900
Fax: (212) 221-6989
katz.h@wssllp.com
venito.g@wssllp.com

**FOR DEFENDANT S&G HOTEL CORP.**

Pryor Cashman LLP

By: _____
Alex Ray Goldberg

7 Times Square
New York, NY 10036
212-421-4100
Fax: 212-326-0806
agoldberg@pryorcashman.com


**FOR DEFENDANTS EROS MANAGEMENT & REALTY LLC
AND THE SHOREHAM LLC.**

Stroock & Stroock & Lavan LLP.


By: _____
Deana Sheryl Stein
Kevin Leo Smith
180 Maiden Lane
New York, NY 10038
(212)-806-5879
dstein@stroock.com
ksmith@stroock.com


**FOR DEFENDANTS KHANDU PATEL S/H/A PATEL KHANBUDHAI,
18 WEST 25 STREET JOHN/JANE DOE,
18 WEST 25 STREET XYZ CORP.,**

Lewis Brisbois Bisgaard & Smith LLP


By: _____
Elior Daniel Shiloh
Sarah Zucco
77 Water Street, 21st Floor
New York, NY 10005
212-232-1300
Fax: 212-232-1399
elior.shiloh@lewisbrisbois.com
sarah.zucco@lewisbrisbois.com


**FOR DEFENDANT NEW GENERATION MANAGEMENT CORP.**

Stern, Tannenbaum & Bell, L.L.P.

By: _____
Karen S. Frieman
380 Lexington Avenue
Suite 3600
New York, NY 10168
(212) 792-8489
Fax: (212) 792-8489
kfrieman@sterntannenbaum.com

**FOR DEFENDANT WOLCOTT HOTEL CO.**

Littler Mendelson, P.C. (NYC)

By: _____
Sean A Malley
David Wirtz
900 Third Avenue
New York, NY 10022
(212)-583-2691
Fax: (212)-861-4854
smalley@littler.com
dwirtz@littler.com

Case 1:17-cv-04296-ER   Document 127-1   Filed 06/25/19   Page 7 of 7

**S O   O R D E R E D:**

_____
Hon. Edgardo Ramos, U.S.D.J

Dated:_____

00072017.DOCX v                        7